382 A.2d 749

Commonwealth v. Hanlon, Appellant.

Argued November 12, 1976. D. Michael Fisher, with him Fisher & McGinley, for appellant; D. McGlynn, with him D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed; petition for reargument denied February 22, 1978.

WATKINS, P. J., did not participate in the consideration or decision of this case.